UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMOND J. ROKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>TWENTIETH CENTURY FOX, ET AL.,<br><br>　　　　　　　　　　Defendants. | 20-CV-5350 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

On September 15, 2020, the Court received a letter from Plaintiff, advising the Court that he wishes to withdraw his complaint. Accordingly, the Court grants Plaintiff's request to withdraw this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The complaint is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

SO ORDERED.

Dated:　September 17, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_Louis L. Stanton_
　　　　　　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.